THE COLONIAL DAMES OF AMERICA, Appellant, *v.* THE COLONIAL DAMES OF THE STATE OF NEW YORK, Respondent.

THE COLONIAL DAMES OF AMERICA, Appellant, *v.* THE NATIONAL SOCIETY OF THE COLONIAL DAMES OF AMERICA et al., Respondents.

*Colonial Dames of America* v. *Colonial Dames of the State of New York; Colonial Dames of America* v. *National Socy. of the Colonial Dames of America,* 63 App. Div. 615, affirmed.
(Argued December 8, 1902; decided December 18, 1902.)

APPEALS from judgments of the Appellate Division of the Supreme Court in the first judicial department, entered July 17, 1901, affirming judgments in favor of the defendants entered upon dismissals of the complaints by the court on trial at Special Term.

*Franklin Bartlett* for appellant.

*John M. Bowers, Charles F. Brown* and *Latham G. Reed* for respondents.

Judgments affirmed, with costs ; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN, JJ.